# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BRANDON GREEN, | 3:16-cv-00619-MMD-WGC |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | September 6, 2018 |
| LT. AGUALIA, *et al.*, | |
| Defendants. | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Defendants' Motion for Enlargement of Time to File Dispositive Motion (Second Request) (ECF No. 35). Defendants request an extension of time to and including October 5, 2018, in which to file dispositive motions.

Defendants' Motion for Enlargement of Time to File Dispositive Motion (ECF No. 35) is **GRANTED**. The last day to file dispositive motions is extended to and including **October 5, 2018**.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:      /s/
　　　　Deputy Clerk