UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

BRANDON GREEN,

Plaintiff,

v.

AGUALIA, *et al.*,

Defendants.

Case No. 3:16-cv-00619-MMD-WGC

ORDER

Plaintiff Brandon Green, who was in the custody of the Nevada Department of Corrections ("NDOC"), brings this action under 42 U.S.C. § 1983. Before the Court is the Report and Recommendation ("R&R" or "Recommendation") of United States Magistrate Judge William G. Cobb (ECF No. 48), recommending that the Court (1) dismiss Sergeant Doe without prejudice for failure to timely identify this defendant and (2) grant Defendants' motion for summary judgment (ECF No. 39). Plaintiff had until June 17, 2019, to file an objection. To date, no objection to the R&R has been filed. For this reason, and as explained below, the Court adopts the R&R.

This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, then the Court is required to "make a *de novo* determination of those portions of the [report and recommendation] to which objection is made." *Id.* Where a party fails to object, however, the court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See United States v. Reyna-Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard of

review employed by the district court when reviewing a report and recommendation to which no objections were made); *see also Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) (reading the Ninth Circuit's decision in *Reyna-Tapia* as adopting the view that district courts are not required to review "any issue that is not the subject of an objection."). Thus, if there is no objection to a magistrate judge's recommendation, then the Court may accept the recommendation without review. *See, e.g.*, *Johnstone*, 263 F. Supp. 2d at 1226 (accepting, without review, a magistrate judge's recommendation to which no objection was filed).

While Plaintiff has failed to object to Judge Cobb's recommendations, the Court will conduct a *de novo* review to determine whether to adopt the R&R. Judge Cobb in gist found that Defendants offered admissible evidence to show that Plaintiff cannot establish essential elements of his claims as to each defendant, and Plaintiff has failed to respond with evidence to create a disputed issue of fact for trial. (ECF No. 48 at 6-21.) Having reviewed the R&R, the briefs relating to Defendants' motion for summary judgment (ECF Nos. 39, 42 (errata to motion), 43, 45) and the records in this case, the Court agrees with Judge Cobb.

It is therefore ordered that Judge Cobb's Report and Recommendation (ECF No. 48) is adopted in full.

It is further ordered that Sergeant Doe defendant is dismissed without prejudice for Plaintiff's failure to timely identify this defendant.

It is further ordered that Defendants' motion for summary judgment (ECF No. 39) is granted.

The Clerk of Court is directed to enter judgment in accordance with this order and close this case.

DATED THIS 25th day of June 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE